**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| CARMEN CARULLI AND BARBARA CARULLI, HUSBAND AND WIFE | : No. 269 WAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth |
| | : Court |
| | : |
| NORTH VERSAILLES TOWNSHIP SANITARY AUTHORITY | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| PORT VUE PLUMBING, INC. | : |
| | : |
| | : |
| PETITION OF: PORT VUE PLUMBING, INC. | : |
| | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.